# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALKIT SINGH SINGH,<br><br>  Petitioner,<br><br>  v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>  Respondents. | Case No. 1:26-cv-01175-KES-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 23, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 10.) This matter was referred to the undersigned "for further proceedings, including the preparation of findings and recommendations on the petition for writ of habeas corpus or other appropriate action." (Id. at 3.)

Accordingly, the Court HEREBY ORDERS that:

1. Within ninety (90) days of the date of service of this order, Respondents SHALL FILE a response to the petition or a statement that they will rest on the briefs previously submitted with respect to the preliminary injunction; and

///

///

2.  Within thirty (30) days of the date of service of Respondents' response, Petitioner MAY file a reply.

IT IS SO ORDERED.

Dated:   **February 24, 2026**                         /s/ *Erica P. Grosjean*
                                                       UNITED STATES MAGISTRATE JUDGE